UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINUS LEE,<br>JONATHAN E. WILLIAMS,<br>JOYCE OLDRICH,<br><br>Defendants. | No. CR22-097-JLR<br><br>[PROPOSED] JLR<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), as follows:

- $7,604 in United States currency seized on January 10, 2022, during execution of a search warrant by the United States Postal Inspection Service ("USPIS") at a residence located at 19500 Ballinger Way NE, Unit 202, Shoreline, Washington 98155; and,

- $21,000 in United States currency, seized on or about February 14, 2022, during execution of a search warrant by the United States Postal Inspection Service ("USPIS") at a residence located at 1715 151st Place SW, Lynnwood, Washington 98087.

Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Linus Lee, et al.,* CR22-097-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of United States Postal Inspector Michael Fischlin, hereby FINDS entry of a protective order restraining the above-identified property ("the Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment returned on July 13, 2022 (Dkt. No. 1);
- Based on the facts set forth in the Declaration of Michael Fischlin, there is probable cause to believe the Subject Property may, upon the Defendants' conviction, be forfeited in this case; and,
- To ensure the Subject Property remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and,

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.

IT IS SO ORDERED.

DATED this 25 day of July, 2022.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Protective Order Restraining Certain Forfeitable Property - 2
United States v. Linus Lee, et al., CR22-097-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2
3  /s/ Krista K. Bush
   KRISTA K. BUSH
4  Assistant United States Attorney
5  United States Attorney's Office
   700 Stewart Street, Suite 5220
6  Seattle, Washington 98101
7  (206) 553-2242
   Krista.Bush@usdoj.gov
8

Protective Order Restraining Certain Forfeitable Property - 3
United States v. Linus Lee, et al., CR22-097-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970